*E-FILED - 3/31/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HELENA KNEZEVIC,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN EDUCATION SERVICES, et al.,<br><br>   Defendants. | CASE NO.: C-11-03502-RMW<br><br>**ORDER OF DISMISSAL** |

On September 29, 2011, the court issued its order denying leave to proceed in forma pauperis and directing the plaintiff to pay the filing fee by October 28, 2011. Plaintiff failed to do so. On November 18, 2011, plaintiff failed to appear for a Case Management Conference. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: '5 l53 l36

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL
NO. C-11-03502-RMW

1

1

2  Copy of Order mailed on 3/31/14 to:

3  Helene Knezevic
   14745 Conway Avenue
4  San Jose, CA 95124

5      *Plaintiff in Pro Se*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER OF DISMISSAL
NO. C-11-03502-RMW